IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

AVON BROADNAX,

      Appellant,

v.

      Case No.  5D21-2800
      LT Case No. 2019-CA-003324-MP

MONT JAY CARTWRIGHT, M.D., MEDICAL
EYE ASSOCIATES, INC., AND DOCTORS
SURGERY CENTER, LLC.,

      Appellees.

_____/

Opinion filed April 19, 2022

Appeal from the Circuit Court
for Osceola County,
Margaret H. Schreiber, Judge.

Avon Broadnax, Kissimmee, pro se.

Stephen B. Sambol and Kelsey A.
Weiss, of Mateer & Harbert, P.A.,
Orlando, for Appellees.


PER CURIAM.

      AFFIRMED.  See Fla. R. App. P. 9.315(a).


EISNAUGLE, HARRIS AND TRAVER, JJ., concur.